Larry W. SCOTT, Jr., Plaintiff–Appellant,

v.

Major JONES; Lieutenant Clawson; Lieutenant Murant, or Marant; Officer Greene; Officer Anderson; Officer Hopkins, or Hodges; Officer Jeffcoat; John And Jane Does; Dr. Cheri, Defendants–Appellees,

and

Officer Hodges, Defendant.

No. 14–7644.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Larry W. Scott, Jr., Appellant Pro Se. Justin Tyler Bagwell, William Henry Davidson, II, Davidson & Lindemann, PA, Columbia, South Carolina; James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry W. Scott, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and

denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Scott v. Jones,* No. 5:13–cv–02870–DCN, 2014 WL 4823850 (D.S.C. Sept. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*